IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SUPER-SPARKLY SAFETY STUFF, LLC, | § § § | CIVIL ACTION NO. |
| Plaintiff, | § | 3:18-cv-0587-N |
| v. | § § | |
| SKYLINE USA, INC., dba GUARD DOG SECURITY, | § § § § | |
| Defendant. | § | |

**<u>DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY</u>**

Defendant provides notice to the Court of supplemental authority that may be relevant to the venue issue in this case: *In re: ZTE (USA) Inc.*, 2018-113 (Fed. Cir., May 14, 2018) (Exhibit 1). The court stated "[w]e next address the question of who bears the burden on venue and hold as a matter of Federal Circuit law that, upon motion by the Defendant challenging venue in a patent case, the Plaintiff bears the burden of establishing proper venue." *Id.* at 8.

Date: May 16, 2018

Respectfully submitted,

<u>/s/ Robert G. Oake, Jr.</u>
Robert G. Oake, Jr.
Texas State Bar No. 15154300
Oake Law Office
700 S. Central Expy, Suite 400
Allen, Texas 75013
(214) 207-9066
rgo@oake.com

Attorney for Defendant

CERTIFICATE OF SERVICE

On May 16, 2018, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5 (b)(2).

/s/ Robert G. Oake, Jr.
Robert G. Oake, Jr.
Attorney for Defendant